**RICHARD A. BESHWATE, JR. 179782**
Attorney at Law
2014 Tulare Street, Suite 414
Fresno, CA 93721
Telephone: 559.266.5000
Facsimile: 559.266.0507

Attorney for Defendant, ARTURO VILLALOBOS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 1:06-cr-00253 OWW |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER FOR |
| v. ) | RESETTING HEARING |
| ) | |
| ARTURO VILLALOBOS, ) | Date: June 25, 2007 |
| ) | Time: 1:30 p.m. |
| Defendant. ) | Courtroom: Hon. Oliver W. Wanger |
| ) | |

   IT IS HEREBY STIPULATED between plaintiff, the United States of America, and the defendant ARTURO VILLALOBOS by and through his attorney, that the Hearing set for Monday, June 25, 2007 at 1:30 p.m. be vacated and set on JULY 9, 2007, at 1:30 p.m.

   Time is to be excluded due to my unavailability pursuant to 18 USC 3161.

                                         Respectfully submitted,


DATED: June 19, 2007               /s/   Richard A. Beshwate, Jr.
                                         RICHARD A. BESHWATE, JR.
                                         Attorney for Defendant,
                                         ARTURO VILLALOBOS

///

U.S. v. ARTURO VILLALOBOS, et al.
STIPULATION AND ORDER FOR RESETTING SENTENCING
CASE NUMBER: 1:06-cr-00253 OWW                                                              1

DATED: June 19, 2007                              /s/   Virna Santos
                                                  VIRNA SANTOS

**Approved verbally by all parties on June 19, 2007**

## ORDER

In accordance with the stipulation, IT IS HEREBY ORDERED that the Hearing set for Monday, June 25, 2007, at 1:30 p.m. is VACATED and RESET for JULY 9, 2007, at 1:30 a.m. Time is excluded pursuant to 18 USC 3161.

IT IS SO ORDERED.

**Dated:   June 20, 2007**                        /s/ Oliver W. Wanger
                                                  UNITED STATES DISTRICT JUDGE