BENJAMIN B. WAGNER
United States Attorney
BRIAN K. DELANEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:06CR00253 LJO |
|---|---|
| Plaintiff, | **ORDER ON GOVERNMENT'S MOTION TO DISMISS SUPERVISED RELEASE PETITION** |
| v. | |
| ARTURO VILLALOBOS, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Petition for Revocation of Supervised Release, as to Arturo Villalobos, is dismissed without prejudice.

IT IS SO ORDERED.

Dated:   **April 9, 2014**          /s/ Lawrence J. O'Neill
                                   UNITED STATES DISTRICT JUDGE

Motion to Dismiss, FRCrimP 48(a)                    1